AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Apartment 618 at 6240 W Sunset Boulevard, Los Angeles, California 90028 ("SUBJECT PREMISES") | Case No.<br><br>2:22-MJ-02682 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   7/11/22; 4:08pm                                *John E. McDermott*
                                                                        Judge's signature

City and state:   Los Angeles, CA                  Hon. John E. McDermott, U.S. Magistrate Judge
                                                    *Printed name and title*

AUSA: <u>James Hughes</u>

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:22-MJ-02682 | Date and time warrant executed: 7/12/22 @ 0900 | Copy of warrant and inventory left with: KAREN COX |
| Inventory made in the presence of: DENA HAYMAN |||
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/12/22

_Executing officer's signature_

MARISSA JERRY, SPECIAL AGENT
_Printed name and title_

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 7/12/22  Page 1 of 1

Case Name: SAFFRON, DAVID

Search Location: 6240 W SUNSET; RESIDENCE   Location Code: 1

Address: 6240 W SUNSET BLVD, APT 618, LOS ANGELES, CA

Found By: JOSH KATES   Room: B   Place Found: CLOSET

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | INCORPORATION DOCUMENTS | TOP SHELF |
| 2 | 1 | CRYPTO PASSWORDS | SUITCASE |
| 3 | | WIRE TRANSFER DOCUMENTS | SHELF |
| 4 | | CRYPTO CARDS | " " |
| 5 | | FINANCE/BANK CARDS | " " |
| 6 | | CRYPTO LEDGER | " " |
| 7 | | COURT DOCUMENTS | " " |
| 8 | | LAPD REPORT | " " |
| 9 | | HANDWRITTEN CRYPTO NOTE | " " |
| 10 | | CRYPTO QR CODES | " " |
| 11 | | WALLET WITH CRYPTO CARD | " " |
| 12 | | PLAYER CARDS (CASINO) | |

Received by: _[signature]_   Date: 7/12/22

Returned to owner/other: _____   Date: _____

Box 1 of 1